## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BIRUTE GUDENAVICHENE,<br>      Appellant,<br>vs.<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR GREENPOINT<br>MORTGAGE FUNDING TRUST<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2006-AR5,<br>      Respondent. | No. 81231<br><br>**FILED**<br><br>DEC 18 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Eric Johnson, District Judge
   Kern Law, Ltd.
   Brownstein Hyatt Farber Schreck, LLP/Reno
   Brownstein Hyatt Farber Schreck, LLP/Las Vegas
   Bryan Cave Leighton Paisner LLP/Phoenix
   Eighth District Court Clerk

20-45841